```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA,      :      CASE NO. 3:06MJ236

    v.                               :

CHARLES FRANKS                 :      <u>ORDER FOR DISMISSAL</u>

-------------------------

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, having considered the United States' amended motion to dismiss filed May 9, 2007, and having considered the factors under Title 18 U.S.C. § 3162(a)(1) as to: the seriousness of the offense; the facts and circumstances of the case; and the impact of a reprosecution on the administration of Chapter 208 of Title 18 of the United States Code and on the administration of justice, the Complaint filed herein on October 12, 2006, as to CHARLES FRANKS is hereby dismissed without prejudice.

May 9, 2007                                 <u>s/ Sharon L. Ovington</u>
                                             SHARON L. OVINGTON
                                             UNITED STATES MAGISTRATE JUDGE